■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN ATKINSON, Appellant. [823 NYS2d 688]—Appeal by the defendant from an order of the Supreme Court, Suffolk County (Doyle, J.), dated February 15, 2005, which, without a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the defendant's contention, the evidence submitted by the People established, by clear and convincing evidence (*see* Correction Law § 168-k [2]), including reliable hearsay (*id.*), the existence of facts sufficient to support the recommendation of the Board of Examiners of Sex Offenders that the defendant be classified as a level three sex offender (*see People v Hegazy,* 25 AD3d 675 [2006]; *People v Terdeman,* 175 Misc 2d 379 [1997]). Santucci, J.P., Mastro, Fisher and Dillon, JJ., concur.